

# United States District Court
# Eastern District of California

| Scott Carucci | Case Number: | 2:26-cv-01314-SCR |

Plaintiff(s)

V.

| Cares Community Health |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brendan M. Tyler hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Cares Community Health d/b/a One Community Health

On ___01/24/2020___ (date), I was admitted to practice and presently in good standing in the ___District of Columbia___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Taylor v. Trizetto Provider Solutions, LLC et al; Case 2:26-cv-00086-DC-AC; Granted 3/24/2026

Date:___04/07/2026___    Signature of Applicant: /s/ Brendan M. Tyler

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Brendan M. Tyler |
| Law Firm Name: | Feldesman LLP |
| Address: | 1129 20th Street, NW |
| | Suite 400 |
| City: | Washington    State: DC    Zip: 20036 |
| Phone Number w/Area Code: | (202) 466-8960 |
| City and State of Residence: | Washington, DC |
| Primary E-mail Address: | btyler@feldesman.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kathryn Ellen Doi |
| Law Firm Name: | Feldesman LLP |
| Address: | 400 Capital Mall |
| | Suite 2500 |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 425-3477    Bar # 121979 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 17, 2026

MAGISTRATE JUDGE, U.S. DISTRICT COURT



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Brendan Michael Tyler

*was duly qualified and admitted on January 24, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 07, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*