

United States District Court
Eastern District of California

Scott Carucci

Plaintiff(s)

Case Number: 2:26-cv-01314-SCR

V.

Cares Community Health

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Mindy B. Pava                                                hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Defendant Cares Community Health d/b/a One Community Health

On _____11/06/2012_____ (date), I was admitted to practice and presently in good standing in the
_____District of Columbia_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)
Taylor v. Trizetto Provider Solutions, LLC et al; Case 2:26-cv-00086-DC-AC; Granted 3/24/2026

Date:_____04/07/2026_____        Signature of Applicant: /s/ Mindy B. Pava

**Pro Hac Vice Attorney**

Applicant's Name: Mindy B. Pava

Law Firm Name: Feldesman LLP

Address: 1129 20th Street, NW

Suite 400

City: Washington        State: DC        Zip: 20036

Phone Number w/Area Code: (202) 466-8960

City and State of Residence: Falls Church, VA

Primary E-mail Address: mpava@feldesman.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kathryn Ellen Doi

Law Firm Name: Feldesman LLP

Address: 400 Capital Mall

Suite 2500

City: Sacramento        State: CA        Zip: 95814

Phone Number w/Area Code: (916) 425-3477        Bar # 121979

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 17, 2026

MAGISTRATE JUDGE, U.S. DISTRICT COURT