



**FILED**

**Jun 16, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION**

**MDL No. 3185**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 5, 2026, the Panel transferred 12 civil action(s) to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL 3185, ECF No. 90 (J.P.M.L. 2026). Since that time, no additional action(s) have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable John Andrew Ross.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Ross.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of June 5, 2026, and, with the consent of that court, assigned to the Honorable John Andrew Ross.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 16, 2026

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel

**IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION**

MDL No. 3185

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 26–01314 | Carucci v. Cares Community Health |
| FLORIDA MIDDLE | | | |
| FLM | 3 | 26–01246 | Baines v. TriZetto Provider Solutions LLC |
| NEW JERSEY | | | |
| NJ | 2 | 26–02881 | HARRIS VAUGHN v. COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION et al |
| NJ | 2 | 26–03156 | BUSER v. TRIZETTO PROVIDER SOLUTIONS LLC et al |
| NJ | 2 | 26–03394 | BILLINGSLEA et al v. COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION et al |
| NJ | 2 | 26–03525 | BARNETT v. COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION et al |
| NJ | 2 | 26–03880 | HALCARZ v. COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION et al |